IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATY RYLAND,

    Petitioner,

v.                                                     CASE NO. 4:08-cv-00053-MP-WCS

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation, filed by the Magistrate Judge concerning Doc. 7, Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.A. § 2254. The petition was filed pro se. After an initial Motion to Dismiss, Doc. 10, Respondent filed an Answer. Doc. 15.

In a comprehensive, 38 page Report and Recommendation, Magistrate Judge Sherrill recounted the background and procedural history, and analyzed each of the seven claims for relief. Neither party filed any objections to the Report and Recommendation. This Court agrees with the Magistrate's analysis and with each of the conclusions reached in the Report and Recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Doc. 23, Report and Recommendation by the Magistrate Judge, is adopted and incorporated herein.

2. Doc. 10, Respondent's Motion to Dismiss, is DENIED.

3. Doc. 7, Amended Petition for Writ of Habeas Corpus, is DENIED WITH PREJUDICE.

**DONE AND ORDERED** this   *25th* day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
